**EASTERN AWNING SYSTEMS, INC., and Stephen Lukos, Plaintiffs–Appellants,**

v.

**HAROLD'S CANVAS AND AWNING, INC., Toff Industries, Inc., and Harold Toffey, Defendants–Appellees.**

No. 2009–1449.

United States Court of Appeals, Federal Circuit.

April 22, 2010.

Patrick M. Fahey, Shipman & Goodwin LLP, of Hartford, CT, argued for plain-

tiffs-appellants. With him on the brief was Lee A. Duval.

Thomas A. Parisot, Secor, Cassidy & McPartland, P.C., of Waterbury, CT, for defendants-appellees. With him on the brief was Tara L. Shaw.

NEWMAN, LOURIE, Circuit Judges, and GUILFORD, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.